UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:     Kristina S and Thad N Daugherty                 Case No. 6:17-BK-06970-ABB
           Debtors,

## NOTICE OF INCREASE IN PLAN PAYMENTS
*This notice supersedes any previous notices filed*

TO:        Kristina S and Thad N Daugherty
           1010 Parasol Place
           Oviedo, FL  32766-0000

This notice is occasioned by a notice of increased mortgage payments received by this office from **Quicken Loans, Inc.** (copy attached). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE:  February 2019**

|                             | Former     | New                       |
|-----------------------------|------------|---------------------------|
| Mortgage payment            | $2,095.45  | $2,356.99                 |
| Difference                  |            | $261.54                   |
| Additional Trustee Fee      |            | $29.06                    |
| Your Payment to the Trustee | $2,988.00  | $3,278.60 (2/19-10/22)    |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above and to the debtors' attorney, SOPHIA CABACUM DEAN, 12301 LAKE UNDERHILL RD, STE 213, ORLANDO, FL  32828 on this the 9 day of January, 2019.

/s/ Laurie K. Weatherford
Laurie K. Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
Fl. Bar No. 0746967
Post Office Box 3450
Winter Park, Florida 32790-3450

**Fill in this information to identify the case:**

Debtor 1  Kristina S Daugherty
          aka Kristina Serinn Beard
          fdba Velo Creek Bike and Brew

Debtor 2  Thad N Daugherty
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of FLORIDA

Case number 6:17-bk-06970-ABB

## Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: QUICKEN LOANS INC.                Court claim no. (if known): 7

Last 4 digits of any number you use to              Date of payment change: 2/1/2019
identify the debtor's account: 5906                 Must be at least 21 days after date
                                                    of this notice

                                                    New total payment: $2,356.99
                                                    Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   _____
   _____

   Current escrow payment: $590.84        New escrow payment: $856.68

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   _____

   Current interest rate:                 New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
          *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment              New mortgage payment: