ORDERED.

Dated: October 19, 2021

_____
Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

In re:                                                                                     Case No: 6:17-bk-06970-LVV

**KRISTINA S DAUGHERTY**
**THAD N DAUGHERTY**

                              Debtors   /           Chapter 13

### ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan, (Document No.44) and the Consent filed by the Trustee (Document No.45). The Trustee, in her review of the Motion to Modify, noted the Debtors certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on April 12, 2018 shall remain the same and in full force and effect.

3. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of this confirmation order and the distribution of the Plan payments set forth herein. Further, the numbers in the exhibit to the Confirmation Order reflect the disbursement codes that will be used for all funds received by the Trustee. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of said disbursement codes as well. DUE TO THE RES JUDICATA EFFECT OF THE CONFIRMATION ORDER AND THE SPECIFIC PROVISIONS THEREIN, IT IS IMPERATIVE THAT COUNSEL FOR ALL INTERESTED PARTIES REVIEW THIS ORDER THOROUGHLY AND TIMELY TAKE ALL STEPS NECESSARY TO CORRECT ANY PERCEIVED INACCURACIES.

6:17-bk-06970-LVV    ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

Exhibit "A"

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Sophia Cabacum Dean | Attorney Fee | $3,000.00 | $3,000.00 | | | |
| | | | | | | 01-05/ | $472.21 |
| | | | | | | 06-06/ | $256.21 |
| | | | | | | 07-07/ | $206.21 |
| | | | | | | 08-08/ | $176.53 |
| 001 | Discover Products, Inc. | General Unsecured | $6,923.19 | $6,923.19 | | 01-60/ | Pro Rata |
| 002 | First National Bank Of Omaha | General Unsecured | $5,135.54 | $5,135.54 | | 01-60/ | Pro Rata |
| 003 | Portfolio Recovery Associates, Llc | General Unsecured | $848.82 | $848.82 | | 01-60/ | Pro Rata |
| 004 | Portfolio Recovery Associates, Llc | General Unsecured | $15,697.88 | $15,697.88 | | 01-60/ | Pro Rata |
| 005 | Portfolio Recovery Associates, Llc | General Unsecured | $8,846.09 | $8,846.09 | | 01-60/ | Pro Rata |
| 006 | Orbea Usa | General Unsecured | $14,967.62 | $14,967.62 | | 01-60/ | Pro Rata |
| 007 | Quicken Loans, Inc. | Ongoing Mortgage | $250,752.22 | $0.00 | ( 1 ) | | |
| | | | | | | 01-07/ | $2,095.45 |
| | | | | | | 08-15/ | $2,091.15 |
| | | | | | | 16-27/ | $2,356.99 |
| | | | | | | 28-39/ | $2,198.35 |
| | | | | | | 40-46/ | $2,182.91 |
| | | | | | | 47-47/ | $0.00 |
| | | | | | | 48-60/ | $2,182.91 |
| 008 | World Omni | Secured By Vehicle | $17,355.14 | $20,252.68 | ( 2 ) | | |
| | | | | | | 01-46/ | $337.54 |
| | | | | | | 47-47/ | $138.17 |
| | | | | | | 48-59/ | $352.90 |
| | | | | | | 60-60/ | $352.87 |
| 009 | Portfolio Recovery Associates, Llc | General Unsecured | $21,297.47 | $21,297.47 | | 01-60/ | Pro Rata |
| 010 | Internal Revenue Service | Priority | $0.00 | $0.00 | ( 3 ) | | |
| 011 | Fl Department Of Revenue, Bankruptcy | Priority | $9,222.54 | $9,222.54 | | | |
| | | | | | | 01-15/ | $0.00 |
| | | | | | | 16-16/ | $180.75 |
| | | | | | | 17-46/ | $206.21 |
| | | | | | | 47-47/ | $138.17 |
| | | | | | | 48-59/ | $195.08 |
| | | | | | | 60-60/ | $376.36 |
| 012 | Capital One | General Unsecured | $3,597.08 | $3,597.08 | | 01-60/ | Pro Rata |
| 013 | Portfolio Recovery Associates, Llc | General Unsecured | $3,879.04 | $3,879.04 | | 01-60/ | Pro Rata |
| 014 | Synchrony Bank/Care Credit | General Unsecured | $1,602.03 | $1,602.03 | | 01-60/ | Pro Rata |
| 015 | American Express Bank, Fsb | General Unsecured | $5,436.24 | $5,436.24 | | 01-60/ | Pro Rata |

6:17-bk-06970-LVV    ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

| | | | | | | |
|---|---|---|---|---|---|---|
| 016 | Citibank, N.A. | General Unsecured | $5,484.48 | $5,484.48 | 01-60/ | Pro Rata |
| 017 | Epic Real Estate Partners | General Unsecured | $153,303.76 | $153,303.76 | 01-60/ | Pro Rata |
| 018 | Quantum3 Group, Llc | General Unsecured | $309.98 | $309.98 | 01-60/ | Pro Rata |
| 019 | Ocwen Loan Servicing, Llc | Ongoing Mortgage | $199,250.74 | $0.00  ( 4 ) | | |
| 020 | Lvnv Funding, Llc - Assignee Citiban | General Unsecured | $11,149.26 | $11,149.26 | 01-60/ | Pro Rata |
| 021 | Ashley Funding Services, Llc - Assign | General Unsecured | $17.30 | $17.30 | 01-60/ | Pro Rata |
| 022 | Ashley Funding Services, Llc - Assign | General Unsecured | $40.78 | $40.78 | 01-60/ | Pro Rata |
| 023 | Ashley Funding Services, Llc - Assign | General Unsecured | $24.38 | $24.38 | 01-60/ | Pro Rata |
| 024 | Synchrony Bank | General Unsecured | $2,079.80 | $2,079.80  ( 5 ) | 01-60/ | Pro Rata |
| 025 | Alafaya Woods Homeowners Associa | Secured | $1,079.97 | $0.00  ( 6 ) | | |
| 107 | Quicken Loans, Inc. | Mortgage Arrears | $848.61 | $848.61 | | |
| | | | | | 01-07/ | $0.00 |
| | | | | | 08-08/ | $13.49 |
| | | | | | 09-09/ | $85.70 |
| | | | | | 10-14/ | $103.55 |
| | | | | | 15-15/ | $206.21 |
| | | | | | 16-16/ | $25.46 |
| 307 | Quicken Loans, Inc. | Secured | $650.00 | $650.00  ( 7 ) | | |
| | | | | | 01-07/ | $0.00 |
| | | | | | 08-08/ | $16.19 |
| | | | | | 09-09/ | $120.51 |
| | | | | | 10-14/ | $102.66 |
| 350 | Sophia Cabacum Dean | Monitoring Fees | $2,700.00 | $2,700.00  ( 8 ) | | |
| | | | | | 01-06/ | $0.00 |
| | | | | | 07-60/ | $50.00 |
| 407 | Quickn Loans | Secured | $2,182.91 | $2,182.91  ( 9 ) | | |
| | | | | | 01-47/ | $0.00 |
| | | | | | 48-58/ | $181.91 |
| | | | | | 59-59/ | $181.90 |
| 508 | World Omni | General Unsecured | $1.00 | $1.00 | 01-60/ | Pro Rata |
| 511 | Fl Department Of Revenue, Bankrupt | General Unsecured | $9,222.54 | $9,222.54 | 01-60/ | Pro Rata |

Note ( 1)    PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $250,752.22.

Note ( 2)    PURSUANT TO OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED ON 2/5/2018 , THIS CLAIM IS BEING PAID WITH 6.25% INTEREST.

Note ( 3)    THIS CLAIM REPRESENTS AMENDED CLAIM 10-3 FOR THE IRS.

Note ( 4)    COLLATERAL FOR THIS CLAIM HAS BEEN SURRENDERED.

Note ( 5)    CLAIM TRANSFERRED TO SYNCHRONY BANK

6:17-bk-06970-LVV ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

| | | |
|---|---|---|
| Note ( | 6) | COLLATERAL FOR THIS CLAIM WAS SURRENDERED. PURSUANT TO ORDER GRANTING MOTION TO ALLOW LATE FILED CLAIM FILED ON 5/22/2018, THIS CLAIM IS ALLOWED AS FILED. |
| Note ( | 7) | THIS CLAIM REPRESENTS POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES. |
| Note ( | 8) | THIS CLAIM REPRESENTS ATTORNEY MONITORING FEES. |
| Note ( | 9) | POST-PETITION ARREARS |

**Debtor Payments to the Trustee**

| Months | Amount |
|---|---|
| 1-5 | $3,228.00 |
| 6-15 | $2,988.00 |
| 16-46 | $3,278.60 |
| 47-47 | $362.60 |
| 48-60 | $3,292.00 |

6:17-bk-06970-LVV                    ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE: In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is October 30, 2022. Therefore, it is important that the Debtors resume their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Trustee Laurie K. Weatherford is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.